# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | |
|---|---|
| **TINA L. FREEMAN,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 6:05-cv-50 (HL) |
| | : |
| **JO ANNE B. BARNHART,** | : |
| **Commissioner of Social Security,** | : |
| | : |
| Defendant. | : |

_____

## **ORDER**

The Recommendation of the United States Magistrate Judge (doc. # 16) filed July 11, 2006, has been read and considered. Plaintiff Tina L. Freeman ("Freeman") had ten (10) days after being served a copy of this Recommendation, or until July 28, 2006, to serve and file written objections to the Recommendation to the Court. However, Freeman did not file her Objections (doc. # 17) until August 1, 2006.[1] Despite the untimely nature of Freeman's Objections, the Court nonetheless has read and fully considered them and finds them to be without merit. The Recommendation (doc. # 16) is hereby accepted and made the Order of the Court.

___

[1] Curiously, Freeman's counsel dated the Objections "This 28th day of July, 2006," and filed a signed Certificate of Service attached to the same document that also was dated "This 28th day of July, 2006." (Doc. # 17 at 7, 8.) However, the Court's CM/ECF electronic filing system received the Objections from counsel on August 1, 2006 at 5:01pm, as reflected in the Notice of Electronic Filing. While the Court is at a loss to explain this obvious four-day discrepancy, given the meritless nature of Freeman's objections, the matter is irrelevant.

SO ORDERED, this the 21st day of August, 2006.

<u>s/   Hugh Lawson</u>
**HUGH LAWSON, JUDGE**

pdl